# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT BRITT, | |
| Petitioner, | Civ. No. 18-16357 (PGS) |
| v. | |
| UNITED STATES OF AMERICA, | **MEMORANDUM & ORDER** |
| Respondent. | |

Petitioner is a federal prisoner proceeding *pro se* with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. Presently pending before this Court are two motions filed by petitioner. First, petitioner has filed a motion to amend his § 2255 filing which seeks to purportedly add new claims to this action. (*See* ECF 18). To date, the government has not filed a response to this motion to amend. Therefore, the government will be ordered to file a response to petitioner's motion to amend. Additionally, petitioner has filed a motion for an extension of time to file a reply to the government's answer to his § 2255 filing. (*See* ECF 20). The government does not oppose that motion. Good cause being shown, that motion will be granted.

Accordingly, IT IS this 5 day of November, 2019,

ORDERED that respondent shall file a response to petitioner's motion to amend (ECF 18) within thirty (30) days of this order; petitioner may file a reply to respondent's response to his motion to amend within thirty (30) days after respondent files its response; and it is further

ORDERED that petitioner's motion for an extension of time to file a reply to respondent's answer to his § 2255 filing (ECF 20) is GRANTED; petitioner may file his reply within sixty (60) days of the date of this order; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on petitioner by regular U.S. mail.

_____
PETER G. SHERIDAN
United States District Judge